# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT GARY,

           Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (J.D. ECKMAN, INC.),

           Respondent

: No. 3 MAL 2019
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.